**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                         Case No. **11-04894-SEK**

**GONZALEZ TORRES, ZULMA CECILIA**                                        Chapter **13**
                        Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **7/23/2011**
☐ PRE  ☐ POST-CONFIRMATION                    Filed by: ☑ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **450.00** x **49** = $ **22,050.00**
$ **877.78** x **11** = $ **9,655.58**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **31,705.58**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **31,705.58**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**     Cr. _____     Cr. _____
# **071010019274078**     # _____     # _____
$ **2,352.48**     $ _____     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**     Cr. _____     Cr. _____
# **POC 3**     # _____     # _____
$ **20,237.05**     $ _____     $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **SISTEMA DE RETIRO     BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,474.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**IF INCOME TAX REFUNDS, CHRIST MASS OR PERFORMANCE BONUSES, OR ANY OTHER MONETARY COMPENSATION, ARE RECEIVED WHILE PAYING THE CHAPTER 13 PLAN AUTHORIZATION TO USE WHATEVER PORTION OF THE SAME WILL BE REQUESTED FROM THE COURT DELIVERING THE DIFFERENCE, IF ANY, TO THE TRUSTEE TO FUND THE PLAN AND THE PLAN BASE WILL BE DEEMED AMENDED AUTOMATICALLY.**

**TRUSTEE TO PAY THROUGH PLAN BBVA CAR INSURANCE, POC 3, TO EASTERN AMERICA INSURANCE COMPANY DBA UNIVERSAL.**

**STEP UP DUE TO RETIREMENT LOAN MATURITY JULY 2015.**

Signed: **/s/ ZULMA CECILIA GONZALEZ TORRES**
           Debtor

_____
Joint Debtor

Attorney for Debtor **CHARDON DUBOS, PSC**                     Phone: **(787) 872-0700**

AMENDED CHAPTER 13 PAYMENT PLAN