**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                  Case No. **11-04894-SEK**

**GONZALEZ TORRES, ZULMA CECILIA**                              Chapter **13**
                                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                    ☑ AMENDED PLAN DATED: **7/29/2011**
☐ PRE  ☐ POST-CONFIRMATION                                  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **450.00** x **49** = $ **22,050.00**
$ **877.78** x **11** = $ **9,655.58**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **31,705.58**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **31,705.58**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,474.00**

Signed: **/s/ ZULMA CECILIA GONZALEZ TORRES**
           Debtor

_____
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. _____   Cr. _____
# **071010019274078**    # _____    # _____
$ **2,352.48**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**   Cr. _____   Cr. _____
# **POC 3**    # _____    # _____
$ **20,237.05**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **SISTEMA DE RETIRO     BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
IF INCOME TAX REFUNDS, CHRIST MASS OR PERFORMANCE BONUSES, OR ANY OTHER MONETARY COMPENSATION, ARE RECEIVED WHILE PAYING THE CHAPTER 13 PLAN AUTHORIZATION TO USE WHATEVER PORTION OF THE SAME WILL BE REQUESTED FROM THE COURT DELIVERING THE DIFFERENCE, IF ANY, TO THE TRUSTEE TO FUND THE PLAN AND THE PLAN BASE WILL BE DEEMED AMENDED AUTOMATICALLY.

TRUSTEE TO PAY THROUGH PLAN BBVA CAR INSURANCE, POC 3, TO EASTERN AMERICA INSURANCE COMPANY DBA UNIVERSAL. TRUSTEE TO PAY BBVA $150.00 AS ADEQUATE PROTECTION UP TO CONFIRMATION.

STEP UP DUE TO RETIREMENT LOAN MATURITY JULY 2015.

Attorney for Debtor **CHARDON DUBOS, PSC** _____    Phone: **(787) 872-0700**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only