## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 11-04894 MCF |
| ZULMA CECILIA GONZALEZ TORRES<br>***-**-5440 | CHAPTER 13 |
| DEBTOR | |

### STIPULATING AGREEMENT
### SURRENDER OF SAVINGS AND DIVIDENDS

**TO THE HONORABLE COURT:**

**NOW COMES**, the Government of Puerto Rico Employees' Association, hereinafter "AEGPR", and Debtor, through the undersigned Attorneys who respectfully **STATE AND PRAY:**

1. Debtor is indebted to AEGPR in the amount of $12,504.39.

2. On September 9, 2011, a "Proof of Claim" was filed claiming the indebted amount.

3. AEGPR is the holder of a consensual and statutory lien against Debtor based in Commonwealth of Puerto Rico's Act No. 133 of June 28, 1966 and Act No. 125 of July 1st, 1967, 3 LPRA Sections 862f, 863, 863c, 863 and 703d, which guarantees the payment of the debt.

3. By the present agreement, Debtor surrenders to AEGPR the amount of $9,252.01, which corresponds to savings and dividends debtor has deposited with AEGPR, in partial payment of the debt. Bankruptcy Law Section 1325(a)(5)(C) permits the debtor to surrender the collateral to the holder of the claim.

4. This agreement does not waive any right to which AEGPR is entitled by law.

5. The Trustee has been served and notified of the present stipulated agreement.

**WHEREFORE** it is respectfully requested of this Honorable Court to take notice of the aforementioned and approves the present stipulated agreement.

**Notice:** All creditors and parties in interest are being notified that if no objection is filed within ten (10) days, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P.9006 (f) if you were served by mail, from the date of this motion, the present Motion may be approved by the Court without further notice or hearing.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served and notified to the U. S. Trustee at ustpregion21.hr.ecf@usdoj.gov, the Chapter 13 Trustee, Jose Ramon Carrion Morales at newecfmail@ch13-pr.com.

In San Juan, Puerto Rico, this September 19, 2012

**FREDERIC CHARDON DUBOS, ESQ.**
ATTORNEY FOR DEBTOR
CHARDON DUBOS, PSC
HC-3 BOX 9551
MOCA, PR 00676-9043
TEL: (787)872-0700
Fax: (787)872-0700
Email: chdpsc@gmail.com

**ROSARIO VIDAL ARBONA, ESQ.**
ATTORNEY FOR CREDITOR
USDC-PR # 221713
ASOCIACION DE EMPLEADOS DE GOBIERNO DE PR
P O BOX 364508
SAN JUAN, PR 00936-4508
TEL. (787) 641-2021 EXT. 1239
Email: rvidal@aeela.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 11-04894 |
| GONZALEZ TORRES ZULMA | * | CHAPTER 13 |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF INDEBTEDNESS

I, SYLVIA RAMOS, Director of the Collections Department of the Asociacion de Empleados Del Estado Libre Asociado de Puerto Rico, CERTIFY that Debtor, GONZALEZ TORRES ZULMA, Social Security Number XXX-XX-5440 had deposited with said institution the amount of **$9,252.01** in savings and dividends as of June 07, 2011.

I also certify that the outstanding balance of loans of said Debtor with Asociación de Empleados Del ELA was **$12,504.39**, as of June 07, 2011.

In San Juan, Puerto Rico, this 20 day of June, 2011.

SYLVIA RAMOS
Director
Collections Department
Asociación De Empleados
Del E.L.A. de PR
Telephone: (787)641-4075.

ZFINDEBT_DOS  P1

Label Matrix for local noticing
0104-3
Case 11-04894-MCF13
District of Puerto Rico
Old San Juan
Wed Sep 19 15:05:05 AST 2012

AES/PHEAA
PO BOX 8147
HARRISBURG, PA 17105-8147

BANCO BILBAO VIZCAYA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANCO POPULAR PR
PO BOX 362708
SAN JUAN, PR 00936-2708

ECMC
PO BOX 75906
ST PAUL, MN 55175-0906

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AEGPR
PO BOX 364508
SAN JUAN, PR 00936-4508

AES/PHEAA
PO BOX 8183
HARRISBURG, PA 17105-8183

AMERICAN EDUCATIONAL SERVICES
PO BOX 2461
HARRISBURG, PA 17105-2461

BANCO BILBAO VIZCAYA ARG
ANGEL M VAZQUEZ BAUZA
PO BOX 191017
SAN JUAN PR 00919-1017

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 192938
SAN JUAN, PR 00919-3409

BANCO POPULAR DE PR
PARRA DEL VALLE & LIMERES
P O BOX 331429
PONCE PR 00733-1429

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR 00936-6818

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICING DEPARTMENT (762)
PO BOX 362708
SAN JUAN PR 00936-2708

CUERPO DE EMERGENCIAS MEDICAS
PO BOX 2161
SAN JUAN, PR 00922-2161

GE MONEY BANK
C/O B-LINE LLC MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

GE Money Bank
c/o Recovery Management Systems Corporat
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

SISTEMA DE RETIRO PARA MAESTROS
PO BOX 191879
SAN JUAN, PR 00919-1879

US DEPARTMENT OF EDUCATION
PO BOX 530260
ATLANTA, GA 30353-0260

US Department of Education
Direct Loan SVC
PO Box 5609
Greenville, TX 75403-5609

FREDERIC CHARDON DUBOS
CHARDON DUBOS, PSC
HILL PLAZA
2847 AVENIDA MILITAR
ISABELA, PR 00662-4099

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ZULMA CECILIA GONZALEZ TORRES
ALTS DE HATO NUEVO
13 CALLE RIO BLANCO
GURABO, PR 00778-8402

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AES/PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

(d)ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25