**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. **11-04894-MCF**

**GONZALEZ TORRES, ZULMA CECILIA**                   Chapter **13**
                              Debtor(s)

**MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7**

Pursuant to 11 U.S.C. § 1307(a), the above named Debtor(s) requests this court to convert this case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An order for relief under Chapter 13 of the Bankruptcy Code was entered on **6/07/2011**.

2. Debtor is eligible to be a debtor under Chapter 7 of the Code and desires to convert this case to a case under that chapter.

**WHEREFORE,** the debtor prays for this court to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

Dated this **13th** day of **June**, **2014**.

                                                   */s/ ZULMA CECILIA GONZALEZ TORRES*
                                                             *Signature of Debtor*

                                                         *Signature of Joint Debtor (if any)*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only