IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ZULMA CECILIA GONZALEZ TORRES

DEBTOR

CASE NO. 11-04894-MCF

CHAPTER 7

## NOTICE OF FILING OF CHAPTER 7
## INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

TO THE HONORABLE COURT:

NOW COMES, ZULMA CECILIA GONZALEZ TORRES, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting *Chapter 7 Individual Debtor's Statement of Intention,* dated August 18, 2014, herewith and attached to this motion.

2. This Chapter 7 Individual Debtor's Statement of Intention is filed *to state that property securing debt with the secured creditor, Banco Popular de Puerto Rico, will be surrendered and the property securing debt with secured creditor, Oriental Bank, will be retained.*

I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 18th day of August, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO (787) 744-7699
FAX NO (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:     Case No. **11-04894**

**GONZALEZ TORRES, ZULMA CECILIA**

Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> BANCO POPULAR DE PR | **Describe Property Securing Debt:** <br> A-14 Rio Blanco Street Alturas de Ato Nuevo Gurabo, PR 00778 |
| Property will be *(check one)*: <br> ☑ Surrendered   ☐ Retained <br><br> If retaining the property, I intend to *(check at least one)*: <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is *(check one)*: <br> ☐ Claimed as exempt   ☑ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> Oriental Bank | **Describe Property Securing Debt:** <br> Kia Sportage 2008 |
| Property will be *(check one)*: <br> ☐ Surrendered   ☑ Retained <br><br> If retaining the property, I intend to *(check at least one)*: <br> ☐ Redeem the property <br> ☑ Reaffirm the debt <br> ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is *(check one)*: <br> ☐ Claimed as exempt   ☑ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes   ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes   ☐ No |

____ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **August 18, 2014**

*Zulma C. González Torres*
Signature of Debtor

_____
Signature of Joint Debtor