IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ZULMA CECILIA GONZALEZ TORRES<br>XXX-XX-5440<br><br>DEBTOR(S) | CASE NUMBER: 11-04894/MCF<br><br>CHAPTER 7 |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**NOW COMES, ZULMA CECILIA GONZALEZ TORRES,** debtor through their undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule F to previously filed schedule "F" docket no. 1.

2. This amendment to Schedule F is **to include an unsecured creditors named Claro, postal address, PO Box 70366, San Juan, PR 00936-8366, and Farmacia Modelo, postal address, 4 Luis Muñoz Rivera Ave., Caguas, PR 00725.**

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Zulma Cecilia González Torres; to the creditor affected by the amendment: Claro, PO Box 70366, San Juan, PR 00936-8366, and Farmacia Modelo, 4 Luis Muñoz Rivera Ave., Caguas, PR 00725; and creditors and parties in interest as per the attached master address list.

Page -2-
Amended Schedule F
11-04894/MCF7

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 25th day of August, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE GONZALEZ TORRES, ZULMA CECILIA                              Case No. **11-04894**
                      Debtor(s)                                                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6766** <br> **AMERICAN EDUCATIONAL SERVICES** <br> **PO BOX 2461** <br> **HARRISBURG, PA 17105-2161** | | | | | | | 23,900.00 |
| ACCOUNT NO. **4878** <br> **BANCO POPULAR DE PUERTO RICO** <br> **BANKRUPTCY DEPARTMENT** <br> **PO BOX 366818** <br> **SAN JUAN, PR 00936** | | | | | | | 9,108.53 |
| ACCOUNT NO. **5440** <br> **CLARO** <br> **PO Box 70366** <br> **SAN JUAN, PR 00936-8366** | | | OPEN ACCOUNT | | | | 550.00 |
| ACCOUNT NO. **0601** <br> **CUERPO DE EMERGENCIAS MEDICAS** <br> **PO BOX 2161** <br> **SAN JUAN, PR 00922-2161** | | | | | | | 105.00 |

**1** continuation sheets attached

Subtotal (Total of this page) $ **33,663.53**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **GONZALEZ TORRES, ZULMA CECILIA**     Case No. **11-04894**
                                   Debtor(s)                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0177** <br> **FARMACIA MODELO** <br> **4 LUIS MUNOZ RIVERA AVE** <br> **CAGUAS, PR 00725** | | | OPEN ACCOUNT | | | | 490.26 |
| ACCOUNT NO. **5902** <br> **GE MONEY BANK** <br> **C/O B-LINE LLC MS 550** <br> **PO BOX 91121** <br> **SEATTLE, WA 98111-9221** | | | | | | | 385.82 |
| ACCOUNT NO. **5440** <br> **US DEPARTMENT OF EDUCATION** <br> **PO BOX 530260** <br> **ATLANTA, GA 30353-0260** | | | | | | | 4,559.65 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,435.73**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **39,099.26**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **GONZALEZ TORRES, ZULMA CECILIA** _____ Case No. **11-04894** _____
Debtor(s) (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR  Sch "J"

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 25, 2014** _____ Signature: **/s/ ZULMA CECILIA GONZALEZ TORRES** _____
**ZULMA CECILIA GONZALEZ TORRES** Debtor

Date: _____ Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                      _____
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-04894-MCF7<br>District of Puerto Rico<br>Old San Juan<br>Mon Aug 25 10:32:02 AST 2014 | AEELA<br>PO BOX 70199<br>SAN JUAN, PR 00936-8199 | AES/PHEAA<br>PO BOX 8147<br>HARRISBURG, PA 17105-8147 |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | ECMC<br>PO BOX 75906<br>ST PAUL, MN 55175-0906 |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br>PO BOX 16408<br>ST PAUL, MN 55116 0408 | MIDLAND FUNDING LLC/AMERICAN INFOSOURCE LP<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | MIDLAND FUNDING LLC/RECOSER LLC<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 |
| UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEGPR<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| AES/PHEAA<br>PO BOX 8183<br>HARRISBURG, PA 17105-8183 | AMERICAN EDUCATIONAL SERVICES<br>PO BOX 2461<br>HARRISBURG, PA 17105-2461 | BANCO BILBAO VIZCAYA ARG<br>ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | BANCO POPULAR DE PR<br>PARRA DEL VALLE & LIMERES<br>P O BOX 331429<br>PONCE PR 00733-1429 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICING DEPARTMENT (762)<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | CUERPO DE EMERGENCIAS MEDICAS<br>PO BOX 2161<br>SAN JUAN, PR 00922-2161 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |
| GE MONEY BANK<br>C/O B-LINE LLC MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Granite Recovery LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SISTEMA DE RETIRO PARA MAESTROS<br>PO BOX 191879<br>SAN JUAN, PR 00919-1879 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA 30353-0260 | US Department of Education<br>Direct Loan SVC<br>PO Box 5609<br>Greenville, TX 75403-5609 |

| | | |
|---|---|---|
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | WILFREDO SEGARRA MIRANDA<br>PO BOX 9023385<br>SAN JUAN, PR 00902-3385 |
| ZULMA CECILIA GONZALEZ TORRES<br>ALTS DE HATO NUEVO<br>13 CALLE RIO BLANCO<br>GURABO, PR 00778-8402 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AES/PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

End of Label Matrix
Mailable recipients   33
Bypassed recipients    1
Total                 34